*State, Respondent, v. Thompson, Petitioner*, No. 92931-9. Petition for review of a decision of the Court of Appeals, No. 74134-9-I, February 8, 2016, 192 Wn. App. 733. *Denied* August 3, 2016.

*State, Respondent, v. Asbach, Petitioner*, No. 92936-0. Petition for review of a decision of the Court of Appeals, No. 46865-4-II, March 1, 2016, 192 Wn. App. 1056. *Denied* August 3, 2016.

*State, Respondent, v. Samalia, Petitioner*, No. 92954-8. Petition for review of a decision of the Court of Appeals, No. 31611-4-III, March 8, 2016, 192 Wn. App. 1069. *Denied* August 3, 2016.

*State, Respondent, v. Peebles, Petitioner*, No. 92955-6. Petition for review of a decision of the Court of Appeals, No. 47392-5-II, March 1, 2016, 192 Wn. App. 1058. *Denied* August 3, 2016.

*David A. Kohles, Inc., Petitioner, v. Cook et al., Respondents*, No. 92959-9. Petition for review of a decision of the Court of Appeals, No. 73614-1-I, February 29, 2016, 192 Wn. App. 1054. Petition *denied* and review of issues raised in respondents' petition *denied* August 3, 2016.

*State, Respondent, v. Bardwell, Petitioner*, No. 92968-8. Petition for review of a decision of the Court of Appeals, No. 72356-1-I, February 8, 2016, 192 Wn. App. 1033. *Denied* August 3, 2016.

*State, Respondent, v. Landrie, Petitioner*, No. 92969-6. Petition for review of a decision of the Court of Appeals, No. 47307-1-II, March 1, 2016, 192 Wn. App. 1057. *Denied* August 3, 2016.

*Marcus & Millichap Real Estate Inv., Petitioner, v. Yates, Wood & MacDonald, Respondent*, No. 92970-0. Petition for review of a decision of the Court of Appeals, No. 73199-8-I, February 1, 2016, 192 Wn. App. 465. *Denied* August 3, 2016.